DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUANTELL WILLIAMS,**
Appellant,

v.

**ZEDRICK BARBER, II,**
Appellee.

No. 4D2023-3121

[August 1, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE21-015180.

Quantell Williams, Homestead, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***